UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHICA WHITE,

    Plaintiff,

v.                                                            4:12cv444-WS

STATE OF FLORIDA, DEPARTMENT
OF CHILDREN AND FAMILIES,

    Defendant.

_____

## ORDER OF DISMISSAL

The court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

1. This cause is hereby DISMISSED WITH PREJUDICE AND WITHOUT TAXATION OF COSTS.

2. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

3. In the event settlement is not consummated for any reason, the court reserves jurisdiction, upon motion filed by any party, within sixty (60) days after the date hereof, to amend, alter, or vacate and set aside the judgment of dismissal.

DONE AND ORDERED this __14th__ day of __February__, 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE